UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JASON CAMACHO AND ON BEHALF OF ALL  :  No.: 1:18-cv-10586
OTHER PERSONS SIMILARLY SITUATED    :
                                    :  ECF CASE
              Plaintiff,            :
                                    :  **Stipulation of Discontinuance**
         v.                         :
                                    :
THE CATHOLIC UNIVERSITY OF AMERICA  :
                                    :
              Defendant.            :
                                    :
------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JASON CAMACHO, and Defendant, THE CATHOLIC UNIVERSITY OF AMERICA, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       August 14, 2019

| **SEYFARTH SHAW LLP** | **GOTTLIEB & ASSOCIATES** |
|---|---|
| _/s/ John W. Egan_ | _/s/ Jeffrey M. Gottlieb_ |
| John W. Egan, Esq. | Jeffrey M. Gottlieb, Esq. |
| 620 Eighth Avenue | 150 East 18th Street, Suite PHR |
| New York, New York 10018 | New York, New York 10003 |
| (212) 218-5291 | (212) 228-9795 |
| Attorneys for Defendant | Attorneys for Plaintiffs |

SO ORDERED:

_____
United States District Court Judge